NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MARIA VISTA ESTATES, | No. 17-60027 |
| Debtor, | BAP No. 16-1111 |
| ──────────────────────────── | |
| ERIK BENHAM, | MEMORANDUM[*] |
| Appellant, | |
| v. | |
| MI NIPOMO, LLC, a Delaware limited liability company; COSTA PACIFICA ESTATES HOMEOWNERS ASSOCIATION, a California corporation, | |
| Appellees. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Taylor, Novack, and Lafferty III, Bankruptcy Judges, Presiding

Submitted January 15, 2019[**]

Before:    TROTT, TALLMAN, and CALLAHAN, Circuit Judges.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Erik Benham appeals pro se from the Bankruptcy Appellate Panel's ("BAP") judgment affirming the bankruptcy court's judgment dismissing Maria Vista Estates ("MVE") quiet title action. We have jurisdiction under 28 U.S.C. § 158(d). We review de novo BAP decisions, and apply the same standard of review that the BAP applied to the bankruptcy court's ruling. *Anastas v. Am. Sav. Bank (In re Anastas)*, 94 F.3d 1280, 1283 (9th Cir. 1996). We affirm.

The bankruptcy court properly concluded that MVE failed to allege facts sufficient to show that it has standing to bring a quiet title action against appellees. *See* 11 U.S.C. § 541(a)(1) (all legal interests of debtor become property of the estate upon commencement of a bankruptcy proceeding); *see also* 11 U.S.C. § 554 (methods by which the property in a debtor's estate can be abandoned); *Sierra Switchboard Co. v. Westinghouse Electric Corp.*, 789 F.2d 705, 709-10 (9th Cir. 1986) (no abandonment without notice to creditors).

We reject as without merit Benham's contentions regarding the bankruptcy court's denial of MVE's motion for leave to file a supplemental brief and evidence.

All pending motions are denied.

**AFFIRMED.**

17-60027